

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00025-CV

Diana Martinez **MCGLOWN**,
Appellant

v.

**WELLS FARGO BANK, N.A.**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV05083
Honorable Melissa Vara, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. It is ORDERED that costs of the appeal are assessed against appellant.

SIGNED August 19, 2020.

_____
Rebeca C. Martinez, Justice